**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**

| | |
|---|---|
| ROBERTA LATRESE VICTORIA WHARTON IRBY A/K/A VICTORIA IRBY )<br><br>PLAINTIFF, )<br><br>v. )<br><br>SOUTHERN MANAGEMENT CORPORATION A/K/A HEIGHTS FINANCE D/B/A QUICK CREDIT, )<br><br>DEFENDANT. ) | CASE NO. 8:21-cv-02653-HMH |

**DEFENDANT QUICK CREDIT CORPORATION'S RESPONSES TO LOCAL RULE 26.01 INTERROGATORIES**

Defendant Quick Credit Corporation submits the following responses to the Local Rule 26.01 Interrogatories:

A.     State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.

**RESPONSE:** None.

B.     As to each claim, state whether it should be tried jury or nonjury and why.

**RESPONSE:** All of Plaintiff's claims are subject to a binding arbitration clause and should not be tried before a jury.

C.     State whether the party submitting these responses is a publicly-owned company and separately identify (1) any parent corporation and any publicly-held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly-owned company of which it is a parent; and (3) each publicly-owned company in which the party owns ten percent (10%) or more of the outstanding shares.

46288212 v1

**RESPONSE:** Quick Credit Corporation is not publicly traded. Southern Management Corporation is the parent company of Quick Credit Corporation. No publicly-owned company owns ten percent or more of the outstanding shares.

D.      State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division). *See* Local Civ. Rule 3.01 (D.S.C.).

**RESPONSE:** Quick Credit Corporation does not challenge the division in which this case was filed but notes that Plaintiff's claims are subject to binding arbitration and should be resolved in arbitration, not this Court.

E.      Is this action related in whole or in party to any other matter filed in this district, whether civil or criminal? If so, provide (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases that *may be* related regardless of whether they are still pending. Whether cases *are* related such that they should be assigned to a single judge will be determined by the clerk of court based on a determination of whether the cases arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**RESPONSE:** None.

F.      If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**RESPONSE:** Quick Credit Corporation.

46288212 v1                                          2

G.      If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of their liability.

**RESPONSE:** None.

Respectfully submitted this 9th day of September, 2021.

> /s/Richard C. Keller
> Richard C. Keller (SC Bar #74094)
> BURR & FORMAN LLP
> 420 North 20th Street, Suite 3400
> Birmingham, AL 35203
> Telephone: (205) 251-3000
> rkeller@burr.com
> Attorney for Defendant
> QUICK CREDIT CORPORATION

## CERTIFICATE OF SERVICE

I do hereby certify that on this the 9th day of September, 2021, I caused a copy of the foregoing to be electronically filed with the Clerk of Court using the cm/ecf system, which will provide electronic notice of the filing to the following:

> William Joseph Virgil Barr
> Recovery Law Group, APC
> 20 Dimery Street
> Kingstree, SC 29556
> wbarr@recoverylaw.com

> /s/Richard C. Keller
> OF COUNSEL